PAVAN L. ROSATI, ESQUIRE - State Bar #146171
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

JS-6

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER MAYNARD,<br><br>                        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 to 90, inclusive,<br><br>                        Defendant. | Case No. 2:17-cv-6423-JFW (Ex)<br><br>Judge: Hon. John F. Walker<br>Magistrate: Hon. Charles F. Eick<br><br>**ORDER LIMITING DAMAGES AND REMANDING TO STATE COURT** |

PURSUANT TO STIPULATION, this Court orders:

WHEREAS, this action was filed in the Los Angeles County Superior Court on July 20, 2017 ("Plaintiff's Complaint").

WHEREAS, Defendant timely and properly removed this action to the United States District Court, Central District of California on August 30, 2017 on the grounds of diversity jurisdiction.

WHEREAS, Plaintiff has agreed to limit the damages he may seek in this matter to $75,000.00, exclusive of interest and costs.

WHEREAS, in consideration for such agreement limiting damages, Defendant has agreed to a remand of this action to the Los Angeles Superior Court.

THUS, the parties stipulate and agree as follows:

-1-
**ORDER LIMITING DAMAGES AND REMANDING TO STATE COURT**
Case No. 2:17-cv-6423-JFW (Ex)

1. Plaintiff agrees not to seek damages in excess of $75,000.00, exclusive of interest and costs, in this action or any action arising out of or relating to the allegations in Plaintiff's Complaint.

2. Plaintiff agrees he will not amend or seek to amend the Complaint to seek recovery in excess of $75,000.00. Plaintiff waives all such rights it may have to do so.

3. Plaintiff agrees that in the event of a judgment or award in excess of $75,000.00, he will accept payment of $75,000.00 (exclusive of interest and costs) as payment in full.

4. Plaintiff agrees and covenants he will not execute on or otherwise seek to enforce or collect on any judgment that may be entered in the action against Defendants in excess of $75,000.00, exclusive of interest and costs. Plaintiff agrees not to assign any such judgment nor any of the claims stated in the Complaint. If Plaintiff makes such unauthorized assignment, the assignee shall be bound by this Stipulation and Order. Should judgment be entered against Defendant in excess of $75,000.00, exclusive of interest and costs, Plaintiff agrees to provide Defendant with a Satisfaction of Judgment of any amount exceeding $75,000.00, exclusive of interests and costs.

5. Plaintiff expressly waives any rights he may have, if any, to avoid this stipulation based on newly discovered evidence, unknown facts, mistake of law or fact, neglect, fraud or any other reason.

6. Plaintiff agrees to not attempt to circumvent its unequivocal agreement to limit the recoverable damages in this matter to $75,000.00, exclusive of interest and costs, and waives any rights it may have, if any, to do so. Plaintiff agrees not to dismiss the Complaint and filing the claims in the name of a related entity.

7. Solely in consideration of the instant damages stipulation, Defendant agrees the matter may be remanded to the Superior Court of California, County of Los Angeles for all further proceedings.

///

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

8. Defendant's agreement to remand this action is in consideration for the instant damages stipulation. Defendant's agreement to remand this action shall not affect Defendant's right to remove the action again if Plaintiff attempts to avoid, circumvent or render ineffective the instant damages stipulation. The Court shall award sanctions, including but not limited to Defendant's costs and attorneys' fees incurred in litigating this action in the Los Angeles County Superior Court, against Plaintiff and in favor of Defendant if Plaintiff attempts to avoid, circumvent or render ineffective the instant damages stipulation.

9. Plaintiff agrees the District Court has jurisdiction to enter this stipulation and order, and waives any rights he may have, if any, to argue the District Court did not have such jurisdiction. Plaintiff's agreement to limit its claim for damages will be binding in the state court action after remand. Plaintiff agrees to execute any such documents that may be necessary in order to ensure this stipulation and ensuing order are binding in the state court.

**IT IS SO ORDERED.**

Dated: September 26, 2017

_____
THE HON. JOHN F. WALKER
UNITED STATES DISTRICT JUDGE

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400